**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**PATRIC PEPE,**

**CASE NO.: 8:25-CV-03062**

**Plaintiff,**

**vs.**

**POMEROY
TECHNOLOGIES, LLC,**

**Defendant.**
_______________________/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07, I certify that the instant action:

__X__ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below: Plaintiff filed an EEOC Charge on 8/14/2024 assigned case number 511-2024-04042.

_____ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Respectfully submitted: December 2, 2025.

CHANFRAU & CHANFRAU, P. L.

*/s/ Kelly H. Chanfrau*
Kelly H. Chanfrau, B.C.S.
Florida Bar No. 560111

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 2nd day of December, 2025, the foregoing was electronically filed with the Court using the CM/ECF system, which serves electronic notification of all counsel of record.

CHANFRAU & CHANFRAU, P. L.

*/s/ Kelly H. Chanfrau*
Kelly H. Chanfrau, B.C.S.
Florida Bar No. 560111
701 N. Peninsula Drive
Daytona Beach, FL, 32118
Telephone: 386-258-7313
Facsimile: 386-238-1464
Email: Kelly@Chanfraulaw.com
Email: Taylor@Chanfraulaw.com
Secondary: Melanie@Chanfraulaw.com
Secondary: Lindsy@Chanfraulaw.com
Secondary: Alexia@Chanfraulaw.com
Secondary: Blake@Chanfraulaw.com
TRIAL COUNSEL FOR PLAINTIFF